**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Tampa Division**

SANDRA READ,

    Plaintiff,

v.

FAY SERVICING, LLC and ELIZON MASTER PARTICIPATION TRUST I; U.S. BANK TRUST NATIONAL ASSOCIATION,

    Defendants.
_____/

CASE NO.: 8:21-cv-00369-VMC

**DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW
PETITION FOR REMOVAL/CONSENT TO REMAND**

Defendants, Fay Servicing, LLC ("Fay"), and Elizon Master Participation Trust I, U.S. Bank Trust National Association, Owner Trustee ("U.S. Bank"), hereby move the Court, on an unopposed basis, for leave to withdraw their Petition for Removal (DE # 1) and/or, alternatively, express their consent to an order of remand of this matter back to the Sixth Judicial Circuit Court in and for Pinellas County, Florida, and state as follows:

1.    On February 16, 2021, Defendants filed their Petition for Removal (DE # 1) seeking to remove the State Court Action (as that term is defined in the Petition) to this Court based on diversity of citizenship.

2.    On February 18, 2021, the Court issued an order directing Defendants to provide additional information establishing the citizenship of all members of Fay Management, LLC, the sole member of Defendant, Fay Servicing, LLC, on or before February 25, 2021.

3.      Defendants are unable to provide information that would ensure complete diversity of citizenship exists in this matter and, therefore, as a result, respectfully move this court to enter an order allowing Defendants to withdraw their Petition for Removal.

WHEREFORE, Defendants, Fay Servicing, LLC and Elizon Master Participation Trust I, U.S. Bank Trust National Association, Owner Trustee, respectfully request that the Court enter an order allowing Defendants to withdraw their Petition for Removal and/or remanding this action back to state court and granting Defendants such other and further relief as the Court deems just, equitable and proper.

Dated: this 25th day of February, 2021.

## LOCAL RULE 3.01(g) CERTIFICATION

Undersigned hereby certifies that he has conferred with Plaintiff's counsel, Niles B. Whitten, Esq., who has regarding the relief requested herein and Mr. Whitten has advised in writing that he has no objection thereto.

Respectfully submitted,

**NELSON MULLINS**
1905 NW Corporate Boulevard, Suite 310
Boca Raton, Florida 33431
T: (561) 483-7000 | F: (561) 483-7321


By: /s/ *Terrance W. Anderson, Jr.*
      Terrance W. Anderson, Jr.
      Florida Bar No.: 27426
      twanderson@gray-robinson.com